**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| AMYRIS, INC., et al., | ) | Bankruptcy Case No. 23-11131-TMH |
| | ) | Bankr. BAP No. 24-0006 |
| Debtors. | ) | |
| _____ | ) | |
| | ) | |
| ANDREW E. ROTH, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | Civil Action No. 24-234-MN |
| | ) | |
| AMYRIS, INC., | ) | |
| | ) | |
| Appellee. | ) | |
| _____ | ) | |

**ORDER**

At Wilmington, Delaware, this **30th day of May 2024**,

WHEREAS, pursuant to Section 1 of the Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District ("Procedures"), dated July 19, 2023, the Court conducted an initial review of this matter, including having gathered information from the parties and their counsel, in order to determine the appropriateness of mediation for the case;

WHEREAS the parties jointly agree that their disputes here cannot be resolved through mediation and the Court agrees;

THEREFORE, pursuant to Section 1 of the Procedures, the Court determines that mediation is not appropriate in this matter and recommends that the assigned District Judge issue an order withdrawing the matter from mediation and setting the following appellate briefing

1

schedule (agreed to by the parties):

    Opening Brief due sixty (60) days commencing on entry of the Scheduling Order.

    Answering Brief due sixty (60) days following receipt of the Opening Brief.

    Reply Brief due thirty (30) days following receipt of the Answering Brief.

*Christopher J. Burke*
Christopher J. Burke
UNITED STATES MAGISTRATE JUDGE