IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re:<br><br>AMYRIS, INC., et al.,<br><br>      Debtor. | )<br>)<br>)<br>)<br>)<br>) | Chapter 11<br><br>Case No. 23-11131 (TMH)<br>(Bankr. D. Del.) |
| ANDREW E. ROTH,<br><br>      Appellant,<br><br> v.<br><br>AMYRIS, INC.,<br><br>      Appellee. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 24-234 (MN) |

**<u>ORDER</u>**

At Wilmington, this 10th day of June 2024;

WHEREAS, on May 30, 2024, Magistrate Judge Christopher J. Burke issued an Order (D.I. 8) recommending that this matter be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this Court; and

WHEREAS, the Court finds no clear error on the face of the record and does not find the recommendations contained in the order to be clearly erroneous or contrary to law.

THEREFORE, IT IS HEREBY ORDERED that the recommendations set forth in the order are ADOPTED and this matter is withdrawn from the mandatory referral for mediation.

IT IS FURTHER ORDERED that, pursuant to the parties' agreement (D.I. 8 at 2), the following briefing schedule shall govern this appeal:

| | |
|---|---|
| Appellant's Opening Brief: | August 9, 2024 |
| Appellee's Responsive Brief: | Sixty (60) days following receipt of Appellant's Opening Brief |
| Appellant's Reply Brief: | Thirty (30) days following receipt of Appellee's Responsive Brief |

_____
The Honorable Maryellen Noreika
United States District Judge